# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 07-CV-6897

THERESA SMITH                         )
                   Plaintiff,   )
v.                                    )
NCO FINANCIAL SYSTEMS, INC.           )
                   Defendant.   )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

| | |
|---|---|
| **NAME (Type or print)** | |
| EDWIN R. CUMMINGS | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Edwin R. Cummings | |
| **FIRM** | |
| SESSIONS, FISHMAN & NATHAN OF ILLINOIS, L.L.C. | |
| **STREET ADDRESS** | |
| 1000 Skokie Boulevard, Suite 430 | |
| **CITY/STATE/ZIP** | |
| Wilmette, Illinois 60091 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6199348 | 847-853-6100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |