# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>THERESA SMITH<br>        Plaintiff,<br>v.<br>NCO FINANCIAL SYSTEMS, INC.<br>        Defendant. | Case Number: 07-CV-6897 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NCO FINANCIAL SYSTEMS, INC.

| |
|---|
| NAME (Type or print)<br>DAVID ISRAEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ David Israel |
| FIRM<br>SESSIONS, FISHMAN & NATHAN, L.L.P. |
| STREET ADDRESS<br>Lakeway Two, Suite 200, 3850 Causeway Boulevard |
| CITY/STATE/ZIP<br>Metairie, Louisiana 70002-1752 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90785267 | TELEPHONE NUMBER<br>504-828-3700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐