# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Theresa Smith,<br><br>     Plaintiff,<br><br>v.<br><br>NCO Financial Services, Inc.,<br><br>     Defendant. | Case No. 1:07-cv-6897<br><br>Judge: Kocoras<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, On December 15, 2007, I served Defendant with a copy of the

Docket Entry setting the above-captioned matter for a status hearing on January 29, 2008 at 9:30

a.m. by depositing a copy of the same in the United States Mail, with first-class postage affixed

thereto, properly addressed as follows:

Michelle Lyon, Esq.
Sessions, Fishman & Nathan, LLP
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Attorney for Defendant

                       RESPECTFULLY SUBMITTED,

                       Macey & Aleman, P.C.

                       By:*/s/ Richard J. Meier*
                          Richard J. Meier
                          Attorney for Plaintiff
                          Legal Helpers, P.C.
                          20 West Kinzie; Suite 1300
                          Chicago, IL 60611
                          Telephone: 1.866.339.1156
                          rjm@legalhelpers.com