# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:07-cv-6897<br><br>Judge: Kocoras<br><br><br><br>**PLAINTIFF'S AGREED MOTION TO CONTINUE THE STATUS HEARING** |

Now comes Plaintiff, by and through counsel, and respectfully requests that this Court continue the status hearing presently set for January 29, 2008 at 9:30 a.m. Such a continuance is merited since, by executing the Waiver of Service, Defendant's Answer is not due until February 5, 2008.

Plaintiff filed her Complaint on December 6, 2007 alleging violations of the Fair Debt Collection Practices Act. (Docket # 1). On December 11, 2007, this Court set a status hearing in the above-captioned matter for January 29, 2008 at 9:30 a.m.. (Docket # 5). On December 14, 2007, Plaintiff filed an executed Waiver of Service allowing Defendant until February 5, 2008 to file its Answer. (Docket # 7). Given that Defendant's Answer is not due until February 5, 2008, a short continuance of the status hearing set for January 29, 2008 is warranted.

On January 9, 2008, Plaintiff's counsel contacted Defendant's counsel to obtain Defendant's consent to this Motion and Defendant's counsel consented without reservation. Therefore, for the foregoing reasons, Plaintiff's counsel respectfully requests that the status hearing presently set for January 24, 2008 at 10:30 a.m. be continued for 40 days or more to

1

allow Defendant to file its Answer and for the parties to abide by Federal Rule of Civil Procedure 26.

                RESPECTFULLY SUBMITTED,

                Legal Helpers, P.C.

                By: */s/ Richard J. Meier*
                      Richard J. Meier
                      Attorney for Plaintiff
                      20 West Kinzie; Suite 1300
                      Chicago, IL 60610
                      Telephone: 1.866.339.1156
                      rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 9, 2008, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard J. Meier*