# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA SMITH, | Case No.: 1:07-cv-6897 |
| Plaintiff, | Judge: Kocoras |
| v. | |
| NCO FINANCIAL SERVICES, INC., | **(proposed) ORDER GRANTING PLAINTIFF'S AGREED MOTION TO CONTINUE THE STATUS HEARING** |
| Defendant. | |

For Good Cause Shown, the Court hereby Grants Plaintiff's Motion to Continue the status hearing presently set for January 29, 2008 at 9:30 a.m.. The status hearing is re-scheduled for _____ at 9:30 a.m..

**IT IS SO ORDERED.**

_____
**Judge Kocoras**

SUBMITTED BY,

Legal Helpers, P.C.
Richard J. Meier
Attorney for Plaintiffs
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156