# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA SMITH, | Case No.: 1:07-cv-6897 |
| Plaintiff, | Judge: Kocoras |
| v. | |
| NCO FINANCIAL SERVICES, INC., | **NOTICE OF MOTION** |
| Defendant. | |

To:   NCO Financial Services, Inc.

PLEASE TAKE NOTICE that on January 15, 2008 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Kocoras or any judge sitting in his stead at the United States Courthouse; 219 South Dearborn Street; Chicago, Illinois 60604, and then and there present **PLAINTIFFS' AGREED MOTION FOR CONTINUANCE OF THE STATUS HEARING**, a copy of which is served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   */s/ Richard J. Meier*
Richard J. Meier
Attorney for Plaintiff
Legal Helpers, P.C.
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156
rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Richard J. Meier*