UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Theresa Smith
                               Plaintiff,

v.                                                    Case No.: 1:07−cv−06897
                                                          Honorable Charles P. Kocoras

NCO Financial Systems, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Plaintiff's agreed motion [11] to continue the status hearing is granted in part and denied in part. Status hearing is reset from 1/29/2008 to 2/13/2008 at 9:30 a.m., and not 40 days or more past the due date of defendant's answer to the complaint.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.