UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SMITH, Plaintiff, v. NCO FINANCIAL SYSTEMS, INC. Defendants. | Case No.: 07 C 6897 |

### DEFENDANT'S MOTION TO WITHDRAW APPEARANCE OF EDWIN R. CUMMINGS

NOW COMES, EDWIN R. CUMMINGS, an attorney of record for Defendant NCO FINANCIAL SYSTEMS, INC., and pursuant to LR 83.17 moves to withdraw his appearance as counsel of record in the instant litigation, and in support thereof, states as follows:

1. January 25, 2008 is my last day of employment at SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC, the law firm representing Defendant in this matter.

2. DAVID ISRAEL, will remain as counsel for Defendant.

WHEREFORE, Defendant, NCO FINANCIAL SYSTEMS, INC., respectfully requests that the Court enter an order permitting the withdrawal of the appearance of EDWIN R. CUMMINGS as counsel for Defendant in this matter.

Respectfully submitted,

By: _____*s/Edwin R. Cummings*_____
Edwin R. Cummings

Edwin R. Cummings
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail: tcummings@sessions-law.biz

### *Of Counsel:*

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail: disrael@sessions-law.biz

Attorneys for Defendant, NCO FINANCIAL SYSTEMS, INC.

N:\NCO\Smith, Theresa (6947-07-22417)\Pleadings\Defendant's Motion To Withdraw Appearance of Edwin R. Cummings 1-25-08.doc