# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES, INC.,<br><br>       Defendant. | Case No. 1:07-cv-6897<br><br>Judge: Kocoras<br><br><br><br>**CONSENT MOTION TO DISMISS<br>WITH PREJUDICE** |

Plaintiff, by and through counsel, gives notice that the parties in the above-captioned matter reached a settlement.  Accordingly, Plaintiff respectfully moves the Court to dismiss the above-captioned matter with prejudice but requests leave to reinstate within 30 days if necessary.  Defendant consented to this Motion without reservation.

                                        RESPECTFULLY SUBMITTED,

                                        Legal Helpers, P.C.

                                        By: */s/ Richard J. Meier*
                                               Richard J. Meier
                                               Attorney for Plaintiffs
                                               The Sears Tower
                                               Suite 5150
                                               Chicago, IL 60606
                                               Telephone: 1.866.339.1156
                                               rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*