# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6897 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Smith vs. NCO Financial Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's consent motion [22] to dismiss this cause with prejudice and with leave to reinstate on or before 4/28/2008 if necessary is granted. So ordered. Status hearing set for 3/27/2008 is stricken.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|