# United States District Court
## Northern District of Illinois
### Eastern Division

Theresa Smith　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　　Case Number: 07 C 6897

NCO Financial Services, Inc.

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 3/26/2008　　　　　　　　　　　　/s/ Stephen C. Tokoph, Deputy Clerk